UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARREN CHARLES WILLIE, | ) | CASE NO. CV 09-691-DOC (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| L.L. SCHULTIES, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     August 19, 2011     .

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Willie Judgment.wpd